IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RILEY ADONIS POWELL                                                             PLAINTIFF

v.                         CASE NO. 2:23-CV-02085-TSB

WESTROCK CP, LLC                                                              DEFENDANT

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the following:

1. The parties have entered into a settlement agreement resolving their dispute in the above matter.

2. Per the terms of the settlement, plaintiff Riley Adonis Powell has agreed to dismiss his complaint and all claims asserted therein against defendant Westrock CP, LLC with prejudice.

3. Accordingly, the parties stipulate and request that the Court dismiss the complaint of plaintiff Riley Adonis Powell against defendant Westrock CP, LLC with prejudice.

>                     Brinkley Cook-Campbell
>                     Craig L. Cook
>                     THE LAW OFFICES OF CRAIG L. COOK
>                     319 North 8th Street
>                     Fort Smith, Arkansas 72901
>                     brinkley@lawofficesofcraiglcook
>                     craig@lawofficesofcraiglcook
>
>                     *Attorneys for Plaintiff*

3352919-v1

        Kyle R. Wilson (89118)
        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442
        *kwilson@wlj.com*
        ***ATTORNEYS FOR DEFENDANT***